UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 24-2666-DMG (SPx)** | Date | March 25, 2026 |
|---|---|---|---|

| Title | *Eddy R. Olguin v. FCA US, LLC, et al.* | Page | **1** of **1** |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS ON PLAINTIFF'S COUNSEL AND STRIKE THE REQUEST FOR JURY TRIAL OR DISMISS THE ACTION FOR LACK OF PROSECUTION**

On March 20, 2025, the Court issued a Scheduling and Case Management Order for Jury Trial.  [Doc. # 14 ("CMO").]  Pursuant to the CMO, the Final Pretrial Conference is scheduled for April 14, 2026, followed by a jury trial set for May 12, 2026.  *Id.* at 18.[1]  In preparation, the parties were required to file Motions *in Limine* (if any), Proposed Pretrial Conference Order, Contentions of Fact/Law, Pretrial Exhibit Stipulation, Joint Exhibit List, Witness Lists & Joint Trial Witness Time Estimate Form, Agreed Statement of the Case, Proposed Voir Dire Questions, Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions, and Verdict Forms by **March 24, 2026**.  *Id.*

On March 24, 2026, Defendant FCA US, LLC filed three motions *in limine* and its own pretrial documents.  [*See* Doc. ## 21, 22, 23, 24.]  Defendant's counsel attempted to file joint trial documents but was unable to because Plaintiff's counsel was unresponsive.  Declaration of Steven D. Park at ¶¶ 2–9 [Doc. # 24-10.]

Plaintiff Eddy R. Olguin has not filed any pretrial documents, and the deadline to do so has passed.  Plaintiff's counsel is hereby **ORDERED TO SHOW CAUSE** in writing why the Court should not deem the request for jury trial waived and impose sanctions upon Plaintiff and Plaintiff's counsel for failure to comply with a Court Order.  *See* CMO at 10.  Plaintiff's counsel's response to this Order shall be filed by **April 1, 2026**.  Failure to file a timely satisfactory response will result in the dismissal of this action with prejudice for lack of prosecution.

**IT IS SO ORDERED.**

---

[1] All page references herein are to page numbers inserted by the CM/ECF system.